Greg MYERS and Jane Myers, individually and as parents and natural guardians of Andy Myers, Amy Myers and Brian Myers, minors, Appellants,

v.

SCOTT COUNTY; R. Kathleen Morris, Scott County Attorney; Scott County Human Services; Peg Subby, its Director of Human Services; Thomas Price; Phipps–Yonas & Price, P.A.; Doris Wilker, Social Worker; other Employees of Scott County Human Services whose names and titles are unknown; Douglas Tietz, Scott County Sheriff; Deputy Sheriffs Norman Pint, Patrick Morgan and Michael Busch; City Council of Jordan, Minnesota; and Alvin Erickson, Jordan Chief of Police, Appellees.

Donald BUCHAN and Cindy Buchan, individually and as parents and natural guardians of Courtney B. Buchan, Melissa Ellen Buchan and William Donald Buchan, minors, Appellants,

v.

SCOTT COUNTY; Kathleen R. Morris, Scott County Attorney; Scott County Human Services; Peg Subby, its Director of Human Services; Doris Wilker, Social Worker; Mary Tafs, Social Worker; Judy Dean, Social Worker; Susan Devreis, Psychologist; other employees of Scott County Human Services whose names and titles are unknown; and Douglas Tietz, Sheriff of Scott County, Appellees.

Daniel J. MEGER and Wanda Lou Meger, individually and as parents and natural guardians of Brian and Chad Meger, minors, Appellants,

v.

SCOTT COUNTY; Kathleen Morris; Scott County Welfare Department; Margaret Subby; Scott County Sheriff's Department and its deputies, Patrick Morgan, Michael Busch; Doris Wilker; John Doe and Mary Doe and other employees of Scott County whose names and titles are unknown, Appellees.

John JOE and Jane Joe, individually and as the parents and guardians of Tom Joe, Jim Joe and Linda Joe, their minor children, Appellants,

v.

SCOTT COUNTY; Scott County Attorney's Office; R. Kathleen Morris; Scott County Sheriff's Office; David Einertson, individually and in his official capacity; Michael Busch, individually and in his official capacity; Norman Pint, individually and in his official capacity; Scott County Human Services Department; Margaret Subby, individually and in her official capacity; Thomas Behr, individually and in his official capacity; Rachel Paff, individually and in her official capacity; and Victor Ellingson, Appellees.

Charles LALLAK and Carol Lallak, husband and wife; and Jeffrey Lallak and Jennifer Lallak, minors, by Charles Lallak and Carol Lallak, their parents and natural guardians, Appellants,

v.

SCOTT COUNTY; Scott County Board of Commissioners; Scott County Attorney's Office; R. Kathleen Morris, Scott County Attorney; Scott County Sheriff's Department; Douglas Tietz, Scott County Sheriff; Michael M. Busch, Scott County Deputy Sheriff; Patrick Morgan, Scott County Deputy Sheriff; David Einertson, Scott County Deputy Sheriff; Norman Pint, Scott County Deputy Sheriff; other employees of Scott County Sheriff's Department whose names and titles are unknown; Scott County Human Services Department; Rachel Paff, Social Worker with Scott County Human Services Department; other employees of Scott County Human Services Department whose names and titles are unknown; Larry Norring, Officer with Jordan Police Department, Appellees.

Terry MORGENSON, Appellant,

v.

SCOTT COUNTY; Scott County Attorney's Office; R. Kathleen Morris, Scott County Attorney; R. Gehl Tucker; Nancy Platto; Scott County Sheriff's Department; Douglas Tietz, Scott

County Sheriff; Michael M. Busch, Scott County Deputy Sheriff; Patrick Morgan, Scott County Deputy Sheriff; David Einertson, Scott County Deputy Sheriff; Norman Pint, Scott County Deputy Sheriff; other employees of Scott County Sheriff's Department whose names and titles are unknown; Scott County Human Services Department; Doris Wilker, Social Worker with Scott County Human Services Department; Margaret Subby, Director of Scott County Human Services; other employees of Scott County Human Services Department whose names and titles are unknown, Appellees.

Scott GERMUNDSON, Marlene Germundson, Sara Germundson and Melissa Germundson, Appellants,

v.

SCOTT COUNTY; Scott County Attorney's Office; R. Kathleen Morris, Scott County Attorney; R. Gehl Tucker; Nancy Platto; Mary Tafs; Karen Kandik; Scott County Sheriff's Department; Douglas Tietz, Scott County Sheriff; Michael M. Busch, Scott County Deputy Sheriff; Patrick Morgan, Scott County Deputy Sheriff; David Einertson, Scott County Deputy Sheriff; Norman Pint, Scott County Deputy Sheriff; other employees of Scott County Sheriff's Department whose names and titles are unknown; Scott County Human Services Department; Doris Wilker, Social Worker with Scott County Human Services Department; Margaret Subby, Director of Scott County Human Services Department; other employees of Scott County Human Services Department whose names and titles are unknown; Larry Norring, Officer with Jordan Police Department, Appellees.

Judith Ann KATH, Appellant,

v.

R. Kathleen MORRIS, individually, and as Scott County Attorney; Unnamed Scott County Employees, individually and as employees and agents of Scott County, a Political Subdivision of the State of Minnesota; and Scott County, Appellees.

Nos. 88–5018 thru 88–5025.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 20, 1988.

Decided March 3, 1989.

Thomas Hunziker, Minneapolis, Minn., David Albright, Bloomington, Minn., Marc Kurzman, Minneapolis, Minn., for appellants.

David Sturges, New Prague, Minn. & Jon Iverson, Minneapolis, Minn., for appellees.

Before ARNOLD and MAGILL, Circuit Judges, and ROSS, Senior Circuit Judge.

ARNOLD, Circuit Judge.

These appeals arise out of an investigation into alleged sexual abuse of children in Scott County, Minnesota. Most of the facts and legal issues have already been thoroughly set forth and resolved in a previous appeal, *Myers v. Morris*, 810 F.2d 1437 (8th Cir.), *cert. denied,* —— U.S. ——, 108 S.Ct. 97, 98 L.Ed.2d 58 (1987). As a result of our decision in that appeal, summary judgment was entered in favor of the following groups of defendants: Guardians ad litem, therapists, police officers of the City of Jordan, Minnesota, the Scott County Board of Commissioners, the County Attorney, the County Sheriff, and deputy sheriffs.

In the present appeal, we are asked to review the order of the District Court[1] granting motions for summary judgment by Scott County, the Scott County Department of Human Services, and a group of

---

1. The Hon. Harry H. MacLaughlin, United States District Judge for the District of Minnesota.

social workers. *In re Scott County Master Docket,* 672 F.Supp. 1152 (D.Minn. 1987).

We affirm. The opinion of the District Court exhaustively states the facts and discusses the applicable law. We see no point in embellishing at length on Judge MacLaughlin's able opinion. As the District Court carefully explained, the theory of substantive due process is properly reserved for truly egregious and extraordinary cases, and violations of state law, in and of themselves, are not actionable under 42 U.S.C. § 1983. We have carefully considered the arguments of appellants, and we are well aware that they have suffered much. Their allegations, however, do not rise to a constitutional level. There may well have been deviations from proper investigative procedure in the delicate area of child sexual abuse. These matters, however, are best left to the common law of torts. We note that plaintiffs' pendent state-law claims were dismissed without prejudice by the District Court, and we approve this action.

Accordingly, the judgments are affirmed on the basis of the opinion of the District Court.[2]

---

2. In No. 88–5022, the appellants Scott and Marlene Germundson have not filed a brief. The appellee Scott County has moved to dismiss their appeal. This motion is granted, and the appeal in No. 88–5022 is dismissed for want of prosecution.